# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0271.  JAMES CHARLES ROBERTS v. THE STATE.**

In 2012, a jury found James Roberts guilty of armed robbery and theft by taking. In 2015, Roberts filed a pro se motion for an out-of-time appeal, which the trial court granted on July 25, 2016. On September 2, 2016, Roberts filed a pro se notice of appeal. We lack jurisdiction.

A defendant granted an out-of-time appeal by the trial court has 30 days from the grant of the motion to file a notice of appeal. See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland*, 264 Ga. at 872 (1). Roberts's notice of appeal is untimely, as it was filed 39 days after entry of the order granting his motion for an out-of-time appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/29/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*